UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2019

-----------------------------------------------------------------X

HACKO BVBA,

                    Plaintiff,

-v-                                        1:19-cv-08370-GHW

REDO TERMINAL INC., JOSEPH BRENNAN,        ORDER
MICHAEL CURWOOD, and MARK MADERA,

                    Defendants.

-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      As discussed on the record during the telephone conference held on December 17, 2019, the deadline for Defendant to serve its motion to dismiss and accompanying papers is January 6, 2020. Defendant's opposition is due within twenty-one days after service of plaintiff's motion; plaintiff's reply, if any, is due within seven days after service of defendant's opposition. In addition, the deadline for the parties to participate in mediation is extended to January 30, 2020.

      SO ORDERED.

Dated: December 18, 2019
New York, New York

                                              GREGORY H. WOODS
                                          United States District Judge