USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
HACKO BVBA,

               Plaintiff,

-v-

REDO TERMINAL INC., JOSEPH BRENNAN,
MICHAEL CURWOOD, and MARK MADERA,

               Defendants.
---------------------------------------------------------------X

1:19-cv-08370-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      The deadline for Plaintiff's opposition to Defendants' motion to dismiss is extended to two weeks following the parties' mediation. Because the deadline for the parties to mediate is January 30, 2020, Dkt No. 25, Plaintiff's opposition should be submitted no later than February 13, 2020. Defendants' reply, if any, is due seven days after service of Plaintiff's opposition.

      SO ORDERED.

Dated: January 14, 2020  
New York, New York

                                                GREGORY H. WOODS  
                                            United States District Judge